Jermyre Bowers# 747377
DWCC, N4A1
670 Bell Hill Rd.
Homer, La.
71040

FOREVER / USA FOREVER / USA FOREVER / USA

SHREVEPORT LA 71102

RECEIVED

DEC - 1 2020

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

X-RAYED

Clerk of Court
300 Fannin st., ste. 1167
Shreveport, La.
71101-3083

Legal Mail

NOT RESPONSIBLE FOR CONTENTS
NOV 3 0 2020
DWCC

Legal Mail