**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **DELIS BERNARD PIERRE** | **:** | **CASE NO. 20-1529-P** |
| **VERSUS** | **:** | **CHIEF JUDGE HICKS** |
| **JERRY GOODWIN, ET AL.** | **:** | **MAGISTRATE JUDGE HORNSBY** |

**MOTION FOR PROTECTIVE ORDER AND TO STAY PENDING DISCOVERY**

**NOW INTO COURT**, through undersigned counsel, come defendants, WARDEN JERRY GOODWIN, JAMES LEBLANC, SETH SMITH, TYRONE MAYS, VINCENT COLEMAN, BRUCE YOUNG, RYAN KIMBALL, LOUIS HAMILTON, KEANDA HAY, JOEL WILLIAMS R.N., MICHELLE DAUZAT, LINDA CAMILLE BUNCH, M.D., PAULA MILLWEE, R.N., LISA MCCUTCHEN AND THOMAS PIETSCH who respectfully requests that this Court enter a Protective Order pursuant to Fed. R. Civ. P. 26(c) of the Federal Rules of Civil Procedure against plaintiff, Delis Bernard Pierre, and in support of this motion states:

1.

The pending suit is a civil rights action filed pursuant to 42 U.S.C. § 1983.

2.

This claim is an excessive force claim with a number of related claims such as failure to protect.

3.

Defendants filed an Answer on December 3, 2021 noting among its defenses that this case may be subject to a defense under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364 (1994). [R.D. 25].

4.

A criminal case related to this civil case is currently pending in Louisiana's Second Judicial District Court as a result of the incident complained of as excessive force in the §1983 complaint. This incident took place on April 2, 2020. (Exhibit 1)

5.

Defendants should not be subjected to discovery burdens until that criminal case has been resolved.

WHEREFORE, the moving defendants respectfully request that this Court enter a Protective Order against plaintiff preventing any further discovery from being conducted until Louisiana's Second Judicial District Court has ruled on the plaintiff's related criminal case.

Respectfully submitted,

**JEFF LANDRY**
Attorney General
State of Louisiana

BY: /s/ Daniel Ewing
Daniel Ewing (LSBA # 36845)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division
330 Marshall Street, Suite 777
Shreveport, Louisiana 71101
Telephone: 318-676-5718
Facsimile: 318-676-5703
E-mail: ewingd@ag.louisiana.gov
**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on Februaryy 2 2022, a copy of the foregoing *Motion for Protective Order and to Stay Pending Discovery* was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participant:

Delis B. Pierre DOC#498929
Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712

A courtesy copy of this filing will be forwarded to the Honorable MARK L. HORNSBY, United States Magistrate Judge.

/s/ Daniel Ewing______________
Daniel Ewing (LSBA # 36845)