# BILL OF INFORMATION

STATE OF LOUISIANA

VERSUS

DELIS B. PIERRE

No: 33,047

Filed: JUL 21 2020

/s/ SHANNON T. SKINNER
Deputy Clerk

## IN THE SECOND DISTRICT COURT for the PARISH OF CLAIBORNE STATE OF LOUISIANA

DANIEL W. NEWELL, District Attorney in and for the Second Judicial District Court, through the undersigned Assistant District Attorney, and by authority of the Laws of the STATE OF LOUISIANA, charges that on or about April 2, 2020, at and in the Parish, District and State aforesaid,

**DELIS B. PIERRE**

Committed the offense of

**R.S. 14:34.2**
**BATTERY OF A POLICE OFFICER**

in that HE

COUNT 1: committed a battery on M/SGT. LOUIS HAMILTON, without the consent of M/SGT. LOUIS HAMILTON, when the defendant had reasonable grounds to believe that M/SGT. LOUIS HAMILTON was an officer acting in the performance of his duty;

**CONTRARY TO THE LAWS OF THE STATE OF LOUISIANA** and against the Peace and Dignity of the same.

Respectfully Submitted,

**STEVEN M. GATLIN**
Assistant District Attorney

**A TRUE COPY--Attest:**

Deputy Clerk
C-20000688