Exhibit "A"

BRIAN M. FLYNN
CLERK OF THE 2ND JUDICIAL DISTRICT COURT
P. O. BOX 330
HOMER, CLAIBORNE PARISH, LOUISIANA 71040
TELEPHONE (318) 927-9601
FAX (318) 927-2345



COURT HOUSE, HOMER, LA
ERECTED 1857

February 13, 2023

Delis Peirre #498929
Louisiana State Prison
CCR/DR. - D12
Angola, LA 70712

RE: State of Louisiana vs Delis Pierre
Claiborne Criminal No. 33047

Mr.Pierre:

Enclosed please find a copy of the minutes from January 3, 2023. The minutes state that your motion to quash was granted; therefore, the charge in this matter was dismissed.

Anna Gross
Deputy Clerk of Court

Exhibit "B"

**Claiborne Parish Clerk of Court**
**Judge: Walter E. May Jr. Session : 01/03/2023**

TUESDAY, JANUARY 3, 2023, at the hour of 9:32 o'clock A.M., the Honorable Second Judicial District Court, holding sessions of Court in and for the Parish of Claiborne, State of Louisiana, met pursuant to adjournment at the Courthouse in Homer, Louisiana, with the Honorable Walter E. May, Jr., one of the Judges of said Court, present and presiding, and the Sheriff and the Clerk present in the discharge of their respective duties. Honorable Cary T. Brown, James H. Colvin, Jr., and Daniel N. Bays, Jr. Assistant District Attorneys, Second Judicial District, were present in the discharge of their duties.

**2020-F-33047** **STATE OF LOUISIANA VS DELIS B. PIERRE**

**Battery of a police officer**

01/03/2023 Defendant's appointed counsel, Chris Bowman, was present in open court and waived defendant's presence. The State of Louisiana was represented by James H. Colvin, Assistant District Attorney. Defendant's pro se motion to quash was granted and the case was dismissed, thereby making defendant's pro se motion to relieve counsel moot.

WHEREUPON, AT THE HOUR OF 2:46 O'CLOCK P.M., COURT ADJOURNED UNTIL COURT IN COURSE, SUBJECT TO CALL.