Exhibit "D"

TO: The Honorable Clerk of Court
Claiborne Parish
P.O. Box 330
Homer, La. 71040

FROM: Delis Pierre #498929
CCR/DR. - D12
Angola, La. 70712

DATE: 01Feb23

RE: Status Check

Dear Honorable Clerk,

I am writing in regards to the contradictory hearing that was scheduled for January 03, 2023 whereas the District Attorney was to show cause as to why relief should not be granted pertaining to my motion to relieve counsel of record and/or enlist as co-counsel or counsel of record solely for the purpose of filing/arguing the motion to quash attached thereto.

I have yet to receive any response from the Court, the D.A.'s Office or my court-appointed counsel, Mr. Chris Bowman, regarding this matter.

Can you please notify me of the outcome of said hearing (ie. were any motions filed by the D.A.'s office, any continuances granted, ~~etc.~~ or the final disposition for requested relief granted/denied)?

Thank you for your time, assistance and response to this matter!

Sincerest regards, I remain, ~~Semper Fidelis~~,

[signature]

Delis Pierre #498929
D/R CCR, D-12
Angola, La. 70712

CC: dbp/pr