(M.)

RECEIVED
MAY 24 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

TO: Daniel Robert Ewing
LA Atty. General's Office (Sport)
330 Marshall Street, Ste. 777
Shreveport, La. 71101
Lead Attorney

FROM: Delis Pierre #498929
Pro se Plaintiff

DATE: 27 Apr 23

RE: Delis Bernard Pierre vs. Jerry Goodwin, et al.
USWD Case No. 20-1529-P

Dear Mr. Ewing,

I am writing in regards to the First Request for Production of Documents that I submitted to you on January 26, 2022.

The court previously set deadlines for the completion of discovery (Doc. 26) at which time I submitted to you my First Request for Production of Documents. The defendants subsequently moved for and was granted a stay (Doc's. 29 & 43). On January 03, 2023 the pending criminal charges against me were dismissed at which time I filed a motion to lift the stay (Doc. 45) and on April 13, 2023 the court granted the same, lifted the stay and issued a new scheduling order (Doc. 48).

At this time I am respectfully requesting that you comply with my First Request for Production of Documents and/or if there are any objections to any part of that request that you specify the reason(s) and allow inspection of the rest, pursuant to Rule 34(b)(2)(B)-(C), Fed.R.Civ.P.

Furthermore, I would like to bring to your attention that, notwithstanding the dismissal of the criminal charges against me, I was finally able to obtain x-rays of my ribs as recent as last month and the views have shown the clear break in my ribs that DWCC and their contracted x-ray service (Inter. Radiology and Dr. Justin Weiss) attempted to cover up by denying any break ever existed and then denied me adequate medical care for the same thereafter. With this new evidence as proof that the defendant's did in fact commit the acts alleged in my complaint, I, again, recommend that you and/or your representative(s) meet with me in person to discuss a possible ~~plea~~ settlement/agreement in order to 1) prevent unnecessary litigation and costs, 2) prevent the waste of the courts time

and precious judicial resources, 3) prevent the waste of your time, 4) prevent the expenditure of honest tax-payer dollars, 5) help bring accountability to those involved, and 6) assist myself in getting the desired relief and justice I deserve and am owed. At anticipated meeting I can also openly discuss with you what the defendant's you represent are failing to disclose as well as other evidence and witnesses I have that can and will show you that you are representing criminals instead of portrayed honest officials.

I am not a "prison litigator" whom is trying to run a jail-house get-rich-scheme. The allegations in my complaint are in fact the whole truth and nothing but the truth and as you can see by the 2nd J.D.C.'s decision not to go forth with the criminal charges, it was for a reason and that reason being that the defendant's embarassed themselves at the probable cause hearing when they attempted to tell more lies as well as their attempts at producing fabricated and altered pictures and/or contradicting themselves as it pertains to the camera footage that they admittedly reviewed and then ironically were "unable to retrieve" per order of the Judge who held the hearing. I submit that sometimes its better, easier and more convenient, notwithstanding in the best interests of all parties involved, to resolve issues professionally rather than allow a circus to continue that will result in a lot of clowns being exposed. This case has already been drug out 4 yr's, since date of incident (almost 2½ yr's since the filing of this suit).

Furthermore, due to the newly discovered evidence of the x-rays I was finally able to obtain, I am in the process of perfecting an amended complaint to include, Dr. Justin Weiss of Inter Radiology as a defendant in this complaint as a conspirator to the violating of my civil rights as well as his deliberate indifference and medical malpractice as it pertains to my medical care for serious medical needs that were denied me due to his role in these matters.

Sir, I only wish to resolve these matters as conveniently, quietly and fairly as possible and look forward to discussing all possible resolutions with you as soon as possible.

As always, with sincerest regards, I remain Semper Fidelis,

[signature]

Delis Pierre # 418929
D/R CCR, D-12
Angola, La. 70712

~~CERTIFICATE~~ OF SERVICE

I CERTIFY that I have mailed copies of the foregoing documents to the Assistant Attorney General, La. Dept. of Justice, Civil Rights Litigation Division, Attn. Mr. Daniel Ewing, Lead Attorney, 330 Marshall St., Ste. 777, Shreveport, La. 71101 by placing the same in the U.S. Postal Service, postage prepaid, on this 27th day of April, 2023.

[signature]

Denis Pierre #498929
(Pro Se Plaintiff)

A courtesy copy of this correspondence will be forwarded to the Honorable ~~[illegible]~~ MARK L. HORNSBY, United States Magistrate Judge, electronically using the CM/ECF system.

[signature]