UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DELIS BERNARD PIERRE #498929 | CIVIL ACTION NO. 20-cv-1529 |
| VERSUS | JUDGE EDWARDS |
| JERRY GOODWIN ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 75), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED in Chambers, this the 21st day of August, 2024.

_____
JERRY EDWARDS
UNITED STATES DISTRICT JUDGE