RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JAN 3 0 2026
DANIEL J. McCOY, CLERK
BY: ymdh

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DELIS B. PIERRE #498929,
(Plaintiff)
VS.
JERRY GOODWIN, Et al.,
(Defendants)

CASE NO. 5:20-CV-1529 SEC "P"

JUDGE EDWARDS

MAGISTRATE JUDGE HORNSBY

# NOTICE OF APPEAL

Notice is hereby given that Delis Pierre #498929 Appeals to the United States Court of Appeals for the Fifth Circuit from the Order denying application for leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. §1915 entered in this action on December 29, 2025.

Signed this 18th day of January, 2026.

[signature]

Delis Pierre #498929
(Pro Se Litigant)
DWCC, N4, B5
670 Bell Hill Rd.
Homer, La. 71040-2150