DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
INMATE FUNDS WITHDRAWAL REQUEST

Mailed: 10 Sept. 25 received & processed 09-09-25 vgl

| CODE | DRAWING ACCOUNT | DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL |
|---|---|---|---|
| | | 498929 | Pierre, Delis B. |

LIVING QUARTERS: H7B
DATE OF REQUEST — MO. 9 / DAY 5 / YEAR 25
TOTAL AMOUNT: $ 7.68/

Seven dollars & 68/100 DOLLARS
WRITTEN AMOUNT

73 Inmate club X2 Envelopes
1) Clerk of Court 300 Fannin St., Ste 1167 Shreveport, La. 71101
74 ☐ Outside purchase
☐ Family member 2) Asst. Atty. Gen. E. David Gilmer La. Dept. of Justice 330 Marshall St., Ste 777 Shreveport, La. 71101
☐ Educational courses
☐ Outside bank savings acct# ____
☐ Newspaper ad for clemency / pardon.
☐ Other: Legal Mail (Rule 60(b) Motion) Clerk of Court & Asst. Atty. Gen

79 ☐ Court Cost - Civil action number ____

94 ☐ Savings Bond

2-9oz large legal envelopes

PAYEE:
INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL.

VENDOR NO.
NAME
ADDRESS
CITY STATE ZIP

| CODE | SAVINGS ACCOUNT |
|---|---|

94 ☐ Savings Bond
79 ☐ Court cost - Civil action number ____
82 ☐ Educational courses

INMATE SIGNATURE: [signature] (B) A74

REQUEST DENIED. REASON:

| CODE | TRANSFERS - No check will be produced |
|---|---|

66T ☐ Transfer from drawing account to savings.

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

RIGHT THUMB PRINT

VERIFIED BY: Tyone Easton
TITLE: MSgt
APPROVED BY:
TITLE: [signature]

DOC Form PF-30 10-A CB Form Revised 06-2003